378 A.2d 386

**COMMONWEALTH of Pennsylvania**

**v.**

**Tommie L. CLARK, Appellant.**

Superior Court of Pennsylvania.

Argued Dec. 9, 1976.

Decided Oct. 6, 1977.

Morton Krase, Philadelphia, for appellant.

Deborah E. Glass and Steven H. Goldblatt, Assistant District Attorneys, Philadelphia, submitted a brief for Commonwealth, appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT, and SPAETH, JJ.

HOFFMAN, Judge:

Appellant contends that the lower court erred in refusing to read his requested instruction on the issue of alibi. Appellant's co-defendant raised an identical claim in *Commonwealth v. Van Wright*, 249 Pa.Super. 451, 378 A.2d 382 (1977), in which we reversed the judgment of sentence and granted the co-defendant a new trial. Therefore, for the reasons stated in *Commonwealth v. Van Wright*, we reverse appellant's judgment of sentence and grant a new trial.

Judgment of sentence vacated and new trial granted.

CERCONE, J., concurs in the result.